**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

FILED
CHARLOTTE, NC
SEP 25 2026
US DISTRICT COURT
WESTERN DISTRICT OF NC

SERGE S. BONOU,

Plaintiff,

Civil Action No.
3:26-cv-00031-SCR-DCK

v.

BEACON SERVICES, LLC; and
THE MARYLAND MANAGEMENT
COMPANY,

Defendants.

## PLAINTIFF'S MOTION TO EXTEND THE JURISDICTIONAL DISCOVERY AND AMENDED COMPLAINT DEADLINES

Plaintiff Serge S. Bonou, appearing pro se, respectfully moves the Court pursuant to Fed. R. Civ. P. 6(b)(1)(A) to extend the deadlines set in the Court's Order of August 5, 2026 (ECF No. 23) as follows:

1. The deadline to complete limited jurisdictional discovery, currently September 25, 2026, to **October 23, 2026**; and

2. The deadline to file an amended complaint, currently October 2, 2026, to **October 30, 2026**;

or to such other dates as the Court deems appropriate. This is Plaintiff's first request to extend either deadline. In support, Plaintiff states:

1. On August 5, 2026, the Court granted Plaintiff's motion for limited jurisdictional discovery, set a deadline of September 25, 2026 for that discovery, and gave Plaintiff until October 2, 2026 to file an amended complaint. ECF No. 23. The Court administratively denied Defendant The Maryland Management Company's motion to dismiss without prejudice to refiling "following the completion of jurisdictional discovery." Id.

2. Plaintiff served requests for production, interrogatories, and requests for admission on both Defendants on August 17, 2026. In his cover correspondence, Plaintiff invited Defendants to identify any portion they believed fell outside ECF No. 23 so that the parties could confer before involving the Court. Neither Defendant moved for a protective order.

3. Both Defendants served responses on September 16, 2026, leaving nine days before the close of jurisdictional discovery. Each objected in full to several requests. As to Requests for Production Nos. 4, 5, and 6, Defendant Beacon Services, LLC stated that it would produce "relevant, non-privileged documentation to the extent any such documentation can be located after a reasonable search"; no documents have been produced.

4. Plaintiff conferred with Beacon regarding the scope of the discovery on August 28 and August 31, 2026. After both Defendants served their formal responses on September 16, 2026, Plaintiff raised the disputed responses with Beacon the following day and continued conferral with Defendants on September 19 and September 23, 2026. Plaintiff offered to narrow the disputed requests and offered to confer by telephone.

5. By letter dated September 22, 2026, counsel for MMCO responded to the MMCO-specific issues Plaintiff raised on September 19 and stated that "there is no reason to meet and confer." On September 23, 2026, MMCO further advised that Plaintiff's proposed narrowing of Requests Nos. 1–3 "will not remediate the issue" and that the requests "will remain objectionable for the same reasons" stated in its responses. Beacon advised on September 23, 2026 that it would supplement its responses if it located responsive documents it considered to bear on jurisdiction; as of the filing of this Motion, Beacon has made no document production.

6. Plaintiff is filing contemporaneously a motion to compel directed to the disputed responses.

7. The Court's Order set the amended-complaint deadline one week after the close of jurisdictional discovery. Extending only the discovery deadline would invert that sequence and require Plaintiff to finalize his amended pleading before the disputed discovery is resolved. Plaintiff therefore requests that both deadlines move together, preserving the interval the Court established.

8. Good cause exists for the requested extension. Plaintiff served discovery on August 17, 2026, within twelve days of the Court's Order and more than five weeks before the discovery deadline. Defendants served their responses on September 16, 2026, and Plaintiff raised the disputed responses the following day, offered to narrow his requests, and sought Defendants' positions on this extension in writing. The requested extension is twenty-eight days. No trial date has been set. ECF No. 25 already ties MMCO's deadline to answer or otherwise respond to the later of the completion of jurisdictional discovery or the filing of an amended complaint; moving the discovery and amended-complaint deadlines together therefore preserves the sequence established by the Court. Plaintiff does not seek this extension for purposes of delay.

9. Because the Court may not have occasion to rule before September 25, 2026, Plaintiff respectfully requests that the current deadlines be held in abeyance pending the Court's ruling on this Motion.

## CONSULTATION PURSUANT TO LCvR 7.1(b)

10. Plaintiff requested each Defendant's position on an extension of these deadlines in writing: as to Beacon Services, LLC, on September 17, September 19, and September 23, 2026; and as to The Maryland Management Company, on September 19 and September 23, 2026. Plaintiff's September 23, 2026 correspondence requested a response by 5:00 p.m. that day and stated that a response as to the extension alone would suffice.

11. By emails dated September 23, 2026, counsel for MMCO advised that MMCO "does not consent to an extension of the jurisdictional discovery period and would oppose any such request," and counsel for Beacon advised that Beacon does not consent to the extension of the jurisdictional discovery period and would oppose the request. Both Defendants oppose the relief requested.

WHEREFORE, Plaintiff respectfully requests that the Court extend the jurisdictional discovery deadline to October 23, 2026 and the amended complaint deadline to October 30, 2026; or, alternatively, extend the jurisdictional-discovery deadline until fourteen days after disposition of Plaintiff's contemporaneously filed motion to compel and the amended-complaint deadline until seven days thereafter; or set such other dates as the Court deems appropriate; and hold the current deadlines in abeyance pending its ruling.

This the 25th day of September, 2026.

/s/ Serge S. Bonou
Serge S. Bonou
Plaintiff, Pro Se
2413 Pruitt Street
Charlotte, NC 28208
(646) 462-5353
sergebonou@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2026, a copy of the foregoing Motion was served on counsel for Defendants by first-class mail, postage prepaid, and by electronic mail, addressed as follows:

Caren D. Enloe
Smith Debnam Narron Drake Saintsing & Myers, LLP
P.O. Box 176010

Raleigh, NC 27619-6010
cenloe@smithdebnamlaw.com
*Counsel for Defendant The Maryland Management Company*

Marissa A. Coyle
Frost Echols LLC
P.O. Box 12645
Rock Hill, SC 29731
marissa.coyle@frostechols.com
*Counsel for Defendant Beacon Services, LLC*

/s/ Serge S. Bonou
Serge S. Bonou